UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
COLLETTE STROUDE, on behalf of herself and all others similarly situated,

                                         Plaintiff,

Civil Action No: 1:23-cv-7852

-v.-

BE WELL PRIMARY HEALTH CARE CENTER, LLC

                                         Defendants.
------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 17, 2024

| For Plaintiff Collette Stroude | For Defendant Be Well Primary Health Care Center, LLC |
|---|---|
| s/Mark Rozenberg | s/Scott J. Steiner |
| Mark Rozenberg | Scott J. Steiner |
| Stein Saks, PLLC | Hogan Rossi & Liguori |
| One University Plaza | 3 Starr Ridge Rd Site 200 |
| Hackensack, NJ 07601 | Brewster, NY 10509 |
| Ph: (201) 282-6500 | Ph: (845) 279-2986 |
| mrozenberg@steinsakslegal.com | sjsteiner@hrllawyers.com |

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Dated: 8/5/24

SO ORDERED:   /s/
Robert M. Levy
U.S. Magistrate Judge

2